**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02392-CMA-MJW

PFIZER, INC.,
PFIZER PHARMACEUTICALS, LLC,
PFIZER IRELAND PHARMACEUTICALS,
PFIZER LIMITED, and
C.P. PHARMACEUTICALS INTERNATIONAL C.V.,

    Plaintiffs,

v.

SANDOZ INC.,

    Defendant.

---

## ORDER REGARDING JURY DEMAND AND REQUEST FOR NONJURY TRIAL

---

    This matter is before the Court on the parties' Joint Stipulation to Strike Sandoz Jury Demand and Request for a Nonjury Trial (Doc. # 11). Being fully advised in the premises, the Court hereby GRANTS the motion and ORDERS as follows:

    1.    The jury demand made by Defendant Sandoz Inc. in its Answer and Counterclaims for Declaratory Relief (Doc. # 6) is STRICKEN WITHOUT PREJUDICE, to renew should a new issue triable by jury be added to the case.

    DATED: November __12__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge